# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 19-14018-mdc

TRACEY L GATTE

3034 ARROW HEAD LANE

PLYMOUTH MEETING, PA 19462-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

TRACEY L GATTE

3034 ARROW HEAD LANE

PLYMOUTH MEETING, PA 19462-

Counsel for debtor(s), by electronic notice only.

    EUGENE A. CAMPOSANO ESQ
    1250 GERMANTOWN PK
    SUITE 205
    PLYMOUTH MEETING, PA 19462-

                                     /S/ Kenneth E. West

Date: 8/22/2023                             _____

                                            Kenneth E. West, Esquire
                                            Chapter 13 Standing Trustee